UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ROBERT H., )<br>)<br>        Plaintiff )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION )<br>COMMISSIONER, )<br>)<br>        Defendant ) | 1:23-CV-465-LEW |

**ORDER AFFIRMING RECOMMENDED DECISION**

On January 31, 2025, United States Magistrate Judge Karen Wolf filed with the court, with copies to counsel, her Report and Recommended Decision (ECF No. 18). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

The time within which to file objections expired on February 14, 2025, and no objection was filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED (ECF No. 18). The Commissioner's final decision is affirmed.

**SO ORDERED.**

Dated this 27th day of February, 2025.

/s/ Lance E. Walker
Chief U.S. District Judge